ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213)894-2589
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

cc: Fiscal Section

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV 10-4083-PA (AJWx) |
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT** |
| $20,000.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

    Plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action, seeking forfeiture of the defendant $20,000.00 in U.S. Currency pursuant to 21 U.S.C. § 881(a)(6). Claimant Melqui Irizarry Torres ("Torres") denies the government's allegations and claims that he is the rightful owner of the defendant.

    The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent

judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states claims for relief pursuant to 21 U.S.C. § 881(a)(6).

3.   Notice of this action has been given as required by law.  No appearance has been made in this action.  The Court deems that all potential claimants other than Torres admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4.   $16,000 of the defendant $20,000, together with any interest accrued thereon, shall be forfeited to the United States, which shall dispose of the same accordingly to law.

5.   The government shall return the remaining $4,000, together with any interest accrued thereon, to Torres.  It is expected that said $4,000 and interest will be wire-transferred to the client trust account of the Law Offices of Antony J. Myers, within 6 weeks of the entry of this judgment.  The Law Offices of Antony J. Myers shall provide the information necessary to effectuate the wire-transfer, including the account name and number, routing number and its tax identification number.

6.   Torres hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments,

offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug Enforcement Administration and any of their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of Torres, arising out of or related to this action or to the seizure or possession of the defendant. Torres represents and agrees that he has not assigned and is the rightful owner of such claims, causes of action and rights.

7.  Torres hereby agrees to defend, indemnify and hold harmless the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug Enforcement Administration and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest, raised or asserted by a third party in connection with or related to the release of $4,000 to Torres.

8.  The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

1    9.   The parties shall each bear their own attorney's fees
2 and other costs and expenses of litigation.

4    DATED: September 24, 2010   _____
                                  UNITED STATES DISTRICT JUDGE

### CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: September __, 2010        ANDRÉ BIROTTE JR.
                                 United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                      /s/
                                  _____
                                    PIO S. KIM
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America


DATED: September 23, 2010            /s/
                                 _____
                                 MELQUI IRIZARRY TORRES
                                 Claimant


DATED: September 23, 2010            /s/
                                 _____
                                 ANTONY J. MYERS
                                 Attorney for Claimant
                                 Melqui Irizarry Torres

4